IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 10-1838-2-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| MARIA JESUS GALLARDO-LOMAS,, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and transcript from the Motion to Suppress Statements Hearing held on 09/10/2010, and no objections having been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 25).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion To Suppress Statements (Doc. 13).

Trial remains set for December 14, 2010 at 9:30 a.m.

DATED this 3rd day of November, 2010.

Raner C. Collins
United States District Judge

*mg*